IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DONALD HOWARD HARRIS, | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 98-H-0080-NE |
| SHERIFF M. E. HOLCOMB AND THE MARSHALL COUNTY JAIL, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). An appropriate order will be entered.

DONE, this 21st day of April, 1998.

JAMES H. HANCOCK
SENIOR JUDGE